# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161250

*In re* BYRD

_____

GERALD ANTHONY-DECELL BYRD,
      Plaintiff-Appellant,

                                SC: 161250

v                                  COA: 351102

WAYNE CIRCUIT COURT JUDGE and
WAYNE COUNTY CLERK,
      Defendants-Appellees.

_____/

On order of the Chief Justice, the Clerk of the Court is directed to dismiss the application and administratively close the file due to plaintiff-appellant's failure to pay the partial initial filing fee as directed by the Court's order of May 11, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020                

                                         Clerk